1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL RODRIGUEZ QUINTERO,           No. 1:23-cv-01737-KES-EPG (PC)

12                     Plaintiff,          ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
13          v.
                                           (Doc. 17)
14   T. MIKE, *et al.*,

15                     Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action filed

18   pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 10, 2024, the assigned magistrate judge issued an order that, in relevant

21   part, granted plaintiff leave to file within thirty days either a third amended complaint or a notice

22   of intent to stand on his document labeled "second amended complaint" but which was a largely

23   blank form with an attached response to the Court's previous screening order.  Doc. 15 at 5–6.

24   The magistrate judge's September 10, 2024 order notified plaintiff that his failure to comply

25   might result in a dismissal of this action.  *Id.* at 6.  After plaintiff failed to comply with the order,

26   the magistrate judge issued findings and recommendations on October 22, 2024, recommending

27   dismissal of this action, without prejudice, for failure to prosecute and failure to comply with a

28   court order.  Doc. 17.  Those findings and recommendations were served on plaintiff and

1

1    contained notice that any objections thereto were due within thirty days after service.  *Id*. at 4–5.

2    No objections have been filed and the time to do so has passed.[1]

3        In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

4    this case.  Having carefully reviewed the matter, the Court concludes that the findings and

5    recommendations recommending dismissal for failure to obey a court order are supported by the

6    record and proper analysis.

7        Accordingly:

8        1.    The findings and recommendations issued on October 22, 2024, Doc. 17, are

9              adopted;

10       2.    This action is dismissed, without prejudice, for failure to comply with a court

11             order; and

12       3.    The Clerk of the Court is directed to close this case.

13

14

15   IT IS SO ORDERED.

16     Dated:    June 23, 2025

17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23   [1] On January 6, 2025, plaintiff filed a motion for a continuance pending a response from the
     Fresno County Superior Court in his habeas corpus petition in which he seeks certain information.
24   Doc. 18.  In denying that motion, the magistrate judge determined that the information sought "is
     not relevant to any of Plaintiff's claims in this case" and that "that Plaintiff could refile his
25   complaint at a later time with the benefit of additional information if he chooses, subject to any
     applicable statute of limitations."  Doc. 19 at 3–4.  In any event, a review of the docket in the
26   Fresno County Superior Court indicates that plaintiff received a response informing him that his
     action was incorrectly filed.  *See Daniel Quintero vs. Tristen Lemon, Warden*, No.
27   24CECG04864 (Cal. Super. Ct. Fresno County Nov. 12, 2024).  Therefore, at this juncture,
28   dismissal without prejudice remains appropriate.

2